# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2021

## NO. 03-21-00423-CV

**Renovate In Texas and Johnie B. Wasley, Jr., Appellants**

**v.**

**The Steam Team, Inc., Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
VACATED AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on May 18, 2021. The parties have filed a joint motion to dismiss the appeal and vacate the trial court's judgment. Having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, dismisses the appeal, sets aside the trial court's judgment without regard to the merits, and remands this case to the trial court for rendition of judgment in accordance with the parties' agreement. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.